IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 06 57 T |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(B) |
| TIANTE GREENE | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about March 1, 2006, in the District of Rhode Island, the defendant, TIANTE GREENE, did knowingly and intentionally possess with intent to distribute 11.4 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

A TRUE BILL:

[redacted]

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: 05-10-2006