PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO.

USA vs.

Defendant: Tiante Greene

Address:

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE ☒ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): MARY E. ROGERS

☐ Interpreter Required Dialect:

Birth Date

☒ Male ☐ Female

☐ Alien (if applicable)

Social Security Number

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 USC 841 Secs. (a)(1)&(b)(1)(B) - | KNOWINGLY & INTENTIONALLY POSSESS W/INTENT | ☒ Felony ☐ Misdemeanor |
| | Penalties: 5 to 40 yrs imprnmt w/ | TO DISTRIBUTE 11.4 GRAMS OF A MIXTURE AND | ☐ Felony ☐ Misdemeanor |
| | mandatory min. 5 yrs; $2,000,000 fine; | SUBSTANCE CONTAINING A DETECTABLE AMT | ☐ Felony ☐ Misdemeanor |
| | at least 4 yrs. supervised release to life; | OF COCAINE BASE, SCHEDULE II CS | ☐ Felony ☐ Misdemeanor |
| | $100 mandatory spec. assmt. | ESTIMATED TRIAL DAYS: 5 | ☐ Felony ☐ Misdemeanor |