AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA
v.
Tiante Greene

APPEARANCE

CASE NUMBER: CR 06-57T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Tiante Greene

I certify that I am admitted to practice in this court.

5-17-06
*Date*

*Signature*

John MacDonald 5368
*Print Name* *Bar Number*

1440 Turks Head Place
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-421-1440 421-1442
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.