**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 06-57T** |
| | : | |
| **TIANTE GREENE** | : | |

**DEFENDANT'S ASSENTED TO MOTION TO ENLARGE TIME FOR THE FILING OF PRE-TRIAL MOTIONS**

Now comes the defendant, Tiante Greene, by and through counsel, and hereby moves to enlarge the time for the filing of pre-trial motions and memorandum by a period of two months, from June 19, 2006 to August 18, 2006. Counsel further moves to exclude this period of time from Speedy Trial Act calculations. As grounds, counsel submits that discovery was received on June 9, 2006 and additional time is necessary to review these materials, confer with Mr. Greene and ensure effective pre-trial preparation. The Government has been informed of this request and does not object.

Respectfully submitted,
Tiante Greene
By his attorney,

John E. MacDonald, RI Bar. 5368
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 6-9-06 a true copy of this document was delivered to A.U.S.A. Sandra Beckner, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.