UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V. | : | CR. NO. 06-57T |
| TIANTE GREENE | : | |

# NOTICE OF DEFENDANT'S INTENTION TO PLEAD GUILTY

Now comes the defendant, Tiante Greene, by and through his counsel, and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, notifies the Court of his intention to plead guilty to the above-referenced indictment. Mr. Greene requests the Court to schedule a change of plea hearing at the earliest convenience.

Respectfully submitted,
Tiante Greene
By his attorney,

John E. MacDonald, RI Bar. 5368
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

## CERTIFICATION

I hereby certify that on 7-27-06 a true copy of this document was delivered to A.U.S.A. Sandra Beckner, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.