**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Cr. No. 06-057T** |
| **v.** | : | |
| | : | **Violation of 21 U.S.C. § 851** |
| **TIANTE GREENE** | : | |

**INFORMATION CHARGING PRIOR CONVICTION**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, TIANTE GREENE, who was charged by the United States Grand Jury in the District of Rhode Island on the 10th day of May, 2006 in Count One of the indictment with possession with intent to distribute 11.4 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1)&(b)(1)(B), of having been previously convicted of felony drug offenses as described below:

1. On or about May 12, 2000, TIANTE GREENE, was convicted in Newport County (Rhode Island) Superior Court (case number N2/00-0117A) of manufacture and delivery of a controlled substance, a felony drug offense under state law, and was sentenced to a term of 5 years imprisonment with 51 months suspended.

2. On or about November 20, 2001, TIANTE GREENE, was convicted in Newport County (Rhode Island) Superior Court (case number N2/01-0394A) of manufacture, delivery and possession with intent to distribute a controlled substance, a felony drug offense under state law, and was sentenced to a term of 10 years imprisonment with 6 years suspended.

3. On or about November 20, 2001, TIANTE GREENE, was convicted in Newport County (Rhode Island) Superior Court (case number N2/01-0395A) of three counts of manufacture, delivery and possession with intent to distribute a controlled substance, felony drug offenses under state law, and was sentenced to a term of 10 years imprisonment with 6 years suspended.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant TIANTE GREENE, has a previous conviction for felony drug offenses and therefore is subject to a fine of not more than four million dollars, a term of imprisonment of not less than ten years and not more than life imprisonment, and a term of supervised release of at least eight years on Count One of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/
SANDRA R. BECKNER
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 29th day of August, 2006, a copy of the within "Information Charging Prior Conviction" was e-filed and e-served upon John E. MacDonald.

/s/
SANDRA R. BECKNER
Assistant U.S. Attorney