# EXHIBIT 1

# KENT HOUSE, INC.

A Comprehensive Treatment Program for Alcohol and Chemical Dependency • Violence • Gambling

December 4, 2006

The Honorable Ernest Torres
Licht Judicial Complex
250 Benefit Street
Providence, RI.02903

RE: TIANTE GREENE

Mr. Greene has successfully completed our residential substance abuse treatment program. He entered on April 16, 2004 and completed on June 11, 2004. While he was here he participated actively in all aspects of our program. He had joined a home group, completed all requested assignments and participated actively in group and individual counseling.

Mr. Greene was open to clinical recommendations and interacted well with both staff and peers. The results of his daily breathalyzers and random urine screens were all negative. This client had expressed a desire to maintain a substance free, productive and responsible lifestyle, and his behavior in our program supported these goals.

Should you need additional information, please feel free to contact me.

Sincerely,

Curtis Jackson, Jr., CIT
Substance Abuse Therapist

CJ/jmh

2020 Elmwood Avenue, Warwick, Rhode Island 02888 • 401-781-2700 • 401-781-2790 • TDD 401-467-5733