# EXHIBIT 2

Dear Judge Torres,

My name is Tiante P. Greene and I am scheduled to appear before you for sentencing on February 9 2007 for possession of cocaine 11.4 grams. Mr. Torres I would like to take this time to tell you a little about my background and where I came from. I grew up in Newport, RI and was raised by my mother alone. I never knew my father. Just his name. My mother struggled with a cocaine addiction and still does to this day. I grew up in a household that consisted of five children two brothers, two sisters and myself. All who struggled to survive as children due to my mothers cocaine addiction and being on welfare. There were times when we had to go with out food or clean clothes. I remember when I had only two outfits to alternate day after day. I was teased at school about being dirty, wearing the same clothes and how poor my family was. Things were really hard for me as a child growing up. I thought that selling drugs and making fast money would take away all the pain and hurt of having to go without. Some people might ask how come I didn't get a job? As a teenager I didn't know about work, a real job. Everyone I knew or was around either sold drugs or collected welfare. Selling drugs became a habit, a way of life. That's when my addiction to selling drugs began.

My first drug charge as an adult was when I was 18. I served nine months at the A.C.I. When I was released I was placed on probation. I wasted no time getting back into selling drugs. It wasn't until my second drug charge as an adult that I started to realize there has to be something better for me. I served 3 ½ years of a 4 year sentence. During that time I learned a lot by getting active in programs like Anger Management, Talbot House (drug program) and domestic violence. At first I was doing these programs to get paroled. But then I realized I need to make a life changing decision. When I went in front of the Parole Board I requested that (if I was to get parole) I be sent to a drug treatment program. Which my counselor and I decided would be a great step towards bettering my future. I was paroled to the Kent House, an inpatient drug and alcohol program in Warwick. At the Kent House I was responsible for paying a weekly rent. I found this to be good for me because I would finally have some structure in my life. There I began to learn more about people and their addictions. Just like them I was looking for a way out, structure in my life. I was not addicted to drugs nor alcohol ; my addiction was selling drugs because I thought it made me somebody . Before I never thought about the future. I lived day by day. The Kent House taught me to think about my future, set goals for myself and how to work for an honest days pay. The Kent House set me up with a job laboring. I really loved the job and working with my hands. When I was released from the Kent House I remained at the job for three months. But with no car having to take the bus from Newport to Providence everyday took its toll on me. I switched jobs and began working at The Newport Tent Company. I worked there for four months then transferred to Appleby's for a better pay. Things were going good for me. I also found out that my girlfriend and I were going to have a baby that was due in March of 2006. My girlfriend had decided not to work anymore due to a miscarriage she had before. So I was working, paying the bills and trying to buy things for our baby. I picked up another job working construction for a friend (which paid more) and decided to leave Appleby's. But with the cold weather approaching work began to slow down. I once again began my job search

and quickly became discouraged because no one wanted to hire me because I am a convicted felon. With March quickly approaching and little money, I relapsed and began selling drugs. I knew that I should have not gone back to selling drugs, but how was I going to provide for my family. I didn't want to be like my father. I was providing for my family the best way I knew how. What I'm trying to say is, I tried to do the right thing and get my life back on track. I just made a really bad decision in a time of need. I understand that I have to take full responsibility for my actions. I also know that this way of life is no longer for me. It has caused my family and I nothing but pain and suffering.

Judge Torres, I know that I can be a better man. In fact I am going to be a better man for my son. My son is now 9 months old and is only able to look at me through a glass window. I missed so much in his life already; his first tooth, his laugh and most of all his touch and smell. The last time I held my son he was only 2 months old. I never knew I could have so much love for someone until the day he came into my life. Judge Torres I respectfully ask the court to take into consideration my hardships as a child, my struggles in life and my trying to make a change for the better. My son is physically dependant on me (to show him the right way of life). I am respectfully asking you Judge Torres to use your discretion and sentence me to the mandatory minimum of one hundred & twenty months (ten years). With all due respect, I think to simply base my sentencing on the number of my prior convictions with out looking further into the details and circumstances of each offense would not produce justice in this case. I sold drugs to survive not to get rich. It's hard to turn your life around when you've had the kind of upbringing I did. With no rules and structure because drugs were first priority. I am writing to you from my heart and have faith that you will make a just decision in this case and in my future. Thank you for your time and consideration.

Sincerely,