# EXHIBIT 3

Dear Judge Torres,

I am writing this letter on behalf of Tianté Greene who is scheduled to appear before you on February 9, 2007 for Sentencing. I understand that Tianté has made some bad decisions and must take full responsibility for his actions. I have known Tianté for the past nine years and have learned a lot about him. Tianté is one of five children who was raised by his mother, who was and still is addicted to cocaine. He never knew his father. Tianté still turned out to be a good person. He enrolled his self in an inpatient drug and alcohol program, which he completed. He has had several jobs and was starting to get his life back on track. In August of 2005 Tianté and I found out we were going to have a baby that was due in March of 2006. Our baby was just two months old when Tianté started his sentence. He is now ten months old and without his father. Tianté has been unable to touch, kiss or even hold his son. All he can do is watch him through a glass. It saddens me to watch my son hold his arms out waiting for his father to pick him up. When, I know he can not. What is even more painful is the fact that my son will grow up without his father. Judge Torres when sentencing Tianté I

will hope that you not only base your decision on his downfalls but, also on his future and his relationship with his son. Judge Torres I thank you for your time and consideration.

Sincerely,
Tanya Walmsley