# EXHIBIT 5

LAROCHELLE & MACDONALD

Attorneys & Counselors at Law

June 28, 2006

Sandra Beckner, AUSA
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

**REGARDING: United States v. Tiante Greene CR 06-57T**

Dear Sandra:

I hope this letter finds you well. I am writing in response to your proposed plea agreement in the above-referenced matter. As we discussed at the pretrial conference on June 28, 2006, the language forbidding me from moving to vacate a prior conviction is of some concern. I would ask that you amend this language allowing Mr. Greene to pursue post conviction relief remedies based upon constitutional violations only. It is my understanding that this exception in the plea agreement language has been used before by your office (e.g., *United States v. Vanenburg*, CR05-121ML). My concern is that I am not rendering effective assistance of counsel if I do not attempt to vacate a prior conviction if there is a constitutional defect present.

Thank you for your time and attention to this matter.

Very truly yours,

John E. MacDonald

One Turks Head Place * Suite 1440 * Providence, Rhode Island 02903
Phone: 401.421.1440 * Facsimile: 401.421.1442