# EXHIBIT 6

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

June 30, 2006

**VIA FACSIMILE** (401) 421-1442

Mr. John E. MacDonald
Larochelle & MacDonald
1440 Turks Head Place
Providence, Rhode Island 02903

Re: *United States v. Tiante Greene*, CR-06-57T

Dear Mr. MacDonald:

The terms of the government's plea offer remain unchanged. That is, if your client would like the government to refrain from filing the § 851 enhancement, he must agree to not set aside his state convictions, agree that he is a career offender and not ask the court to depart downwards at sentencing. The defendant has until July 21, 2006 to accept this offer by providing the government with a signed plea agreement and setting a date for change of plea.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant United States Attorney